FILED 22 MAR '16 5:34 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00125-ST |
| v. | INDICTMENT |
| SCOTT ALAN WILLINGHAM, | 18 U.S.C. § 641 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Theft of Government Property)**
**(18 U.S.C. § 641)**

On or about January 15, 2016, in the District of Oregon, defendant **SCOTT ALAN WILLINGHAM**, willfully and knowingly, did steal, purloin, and convert to his use and the use of another cameras and related equipment, the value of which exceeded $1000, which is property of the United States government, in violation of Title 18, United States Code, Section 641.

Dated this 22 day of March 2016.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

*[signature]*

CRAIG J. GABRIEL
ETHAN D. KNIGHT
GEOFFREY A. BARROW
Assistant United States Attorneys