PROB 12B
(Rev. 09/03)

UNITED STATES DISTRICT COURT

for

DISTRICT OF OREGON

PETITION AND ORDER
FOR MODIFICATION
OF
CONDITIONS OF
SUPERVISED
RELEASE

U.S.A. vs. SCOTT ALAN WILLINGHAM          Docket No. 0979 3:16CR00125-001-BR

### Petition on Probation and Supervised Release

COMES NOW KIMBERLY KING, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Scott Alan Willingham, who was convicted of Theft of Government Property and placed on supervision by The Honorable Anna J. Brown, sitting in the court at Portland, Oregon, on the 23rd day of September, 2016. Defendant was sentenced to Time Served, to be followed by a 2-year term* of supervised release, and the general terms and conditions theretofore adopted by the court were imposed.

*Term of supervised release commenced on October 4, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Violation Number

Mandatory Condition: The defendant shall refrain from any unlawful use of a controlled substance.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that defendant's conditions of supervised release be modified to include the following special condition(s): You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.

| | |
|---|---|
| Respectfully submitted,<br><br>_Kimberly King_ Kim King 2018.06.22 13:34:51 -07'00'<br>Kimberly King<br>U.S. Probation Officer<br>Place: Portland, Oregon<br>Date: June 22, 2018<br>Approved,<br><br>**Denise Jansen** Digitally signed by Denise Jansen Date: 2018.06.22 13:23:52 -07'00'<br>Denise Jansen<br>Supervising U.S. Probation Officer | ORDER OF THE COURT<br>Considered and ordered this 26th day of June, 2018, and ordered filed and made a part of the records in the above case.<br><br>_/s/ Anna J. Brown_<br>The Honorable Anna J. Brown<br>Senior U.S. District Judge |

WILLINGHAM, SCOTT
Petition to Modify Conditions

### Nature of Noncompliance

On May 31 and June 17, 2018 Willingham submitted positive urinalyses for methamphetamines. On June 21, 2018 he signed an admission of use form to Probation that he used methamphetamine on June 20, 2018. He reported that he got the drugs from two different people who were residing in his clean and sober housing. They have since been removed from that home. He fears that he is unable to stop using methamphetamine. He has been enrolled in Lifeworks Northwest relapse prevention group and individual counseling. His employer is willing to hold on to his job and his housing will hold a bed for him while he attends residential treatment. Willingham is asking for assistance and would like to try inpatient treatment as evidenced by the attached waiver of hearing form.

PROB 49 - 03/89

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

WAIVER OF HEARING TO MODIFY CONDITIONS
OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

> You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods

Print Name: Kim King
Witness
Title: US Probation Officer
Signature: [signed]
Date: 6/21/18

Print Name: Scott Willingham
Supervised Releasee
Signature: [signed]
Date: 6/21/18